AO 91 (Rev. 11/11)  Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Keshawn O'Shea MCELROY<br>*Defendant(s)* | Case No. 2:22-mj-675 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 25, 2022** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

*Complainant's signature*

S. Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 11, 2022

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus Ohio

**PROBABLE CAUSE AFFIDAVIT**
**Keshawn O'Shea MCELROY**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Keshawn O'Shea MCELROY (hereinafter referred to as MCELROY) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that MCELROY committed this offense.

4. According to a CPD report that I have reviewed, on or about August 25, 2022, at approximately 1:46 a.m. uniformed CPD officers were dispatched to E. Long St. and Monroe Ave. Officers were dispatched on a report of a person with a gun. Officers were told that vehicle was driving down the wrong way on Monroe Ave. at a high rate of speed when it crashed into another vehicle. A male had exited the vehicle and brandished a firearm at witnesses.

5. Once at scene officers observed a silver Dodge Charger with front end damage parked in the intersection of Long St. and Monroe Ave. Officers observed the driver of the Charger (MCELROY) and witnesses still at the scene. Officers contacted MCELROY and the witnesses. The witnesses were armed security guards that had detained MCELROY.

6. The witnesses stated that after the crash MCELROY had exited his vehicle with a gun in his hand and approached them. The witnesses then pointed their firearms at MCELROY who then dropped his firearm. MCELROY was detained by the witnesses until CPD officers arrived.

7. A few feet from the driver's door of the Charger officers located a loaded Taurus model Millennium 9mm pistol. The firearm was found to have two serial numbers. TJX12815 was on the frame of the firearm while TKY12147 was on the barrel. For purposes of identifying the firearm it will be documented by the serial number of the frame.

8. During a search of MCELROY, officers found US Currency and suspected narcotics. Later testing by the Columbus Police Crime Laboratory showed the recovered suspected narcotics were Oxycodone pills, methamphetamine, and cocaine.

**PROBABLE CAUSE AFFIDAVIT**
**Keshawn O'Shea MCELROY**

9. MCELROY was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County, Ohio Court of Common Pleas Case 12CR001295 for burglary.
    b. Franklin County, Ohio Court of Common Pleas Case 13CR001670 for gross sexual imposition.
    c. Franklin County, Ohio Court of Common Pleas Case 15CR1762 for four counts of felonious assault.
    d. Franklin County, Ohio Court of Common Pleas Case 21CR002989 for failure to provide a change of address

10. Records from Franklin County, Ohio Court of Common Pleas Case 15CR1762 show that on or about October 31, 2016, MCELROY was sentenced to two (2) years of incarceration for four (4) counts of felonious assault to be served concurrently.

11. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by MCELROY on or about August 25, 2022, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

12. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

13. Based on this information, your affiant believes probable cause exists that MCELROY, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus model Millennium 9mm pistol bearing serial TJX12815 and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

ATF TFO Samuel Chappell

October 11, 2022

Sworn to and subscribed before me this day of _____, _____, at _____ Columbus, Ohio.

Kimberly A. Jolson
United States Magistrate Judge